IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ERIK GRACIA,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

Case No. 15-cv-491-bbc

GARY BOUGHTON, Warden,
Wisconsin Secure Program Facility,

    Respondent.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the petition of Erik Gracia for a writ of habeas corpus under 28 U.S.C. § 2254 is dismissed with prejudice.

| /s/ | 9/9/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |