UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED
2015 SEP 23 AM 11:53
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

ERIK GRACIA,

    Petitioner,

v.

GARY BOUGHTON,

    Respondent.

NOTICE OF APPEAL

Case No.: 15-CV-491

Notice is hereby given that the petitioner, ERIK GRACIA, in the above named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from an order denying him relief and dismissing his petition for a writ of habeas corpus under 28 U.S.C. § 2254 without issuance of a Certificate of Appealability entered in this action on the 9th day of September, 2015.

Dated and signed this 20th day of September, 2015.

*Erik Gracia* (signature)

ERIK GRACIA #295848
Wisconsin Secure Program Facility
1101 Morrison Dr.
P.O. Box 9900
Boscobel, WI. 53805